**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois – CM/ECF NextGen 1.8 (rev. 1.8.5)**
**Eastern Division**

Angelica Damico

                    Plaintiff,

v.                                            Case No.: 1:25−cv−10487

                                              Honorable Sunil R. Harjani

Lulifama.com, LLC, et al.

                    Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Friday, March 27, 2026:

      MINUTE entry before the Honorable Sunil R. Harjani: For the reasons stated in the Memorandum Opinion and Order entered today, Defendants Everything But Water's and Alexis Belbel's motions to dismiss [27], [52] are granted in part and denied in part, and this case is remanded to state court. The Luli Fama Defendants' motion to dismiss [53] and Damico's motion for leave to file an amended complaint [65] are denied as moot. **The Clerk is directed to remand this case to the Circuit Court of Cook County, forthwith.** Civil case terminated.Mailed notice(lxs, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.